# Court of Appeals
# of the State of Georgia

ATLANTA, January 10, 2019

*The Court of Appeals hereby passes the following order*

**A19D0245. DANIEL CASTLEBERRY v. STEPHANIE ANNE BIGGERS A/K/A STEPHANIE ANNE LOCKHART et al. .**

Upon consideration of the Application for Discretionary Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

NONE



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta, January 10, 2019.*

   *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

   *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*, Clerk.*